# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRYAN LEE STANKOSKI,** | ) | **8:14CV332** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **LANCASTER COUNTY COMMUNITY CORRECTIONS,** | ) ) | |
| | ) | |
| Defendant. | ) | |

On December 9, 2014, the Court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter. Accordingly,

IT IS ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 5th day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge